UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NATHANIEL HIGGINS,<br><br>        Petitioner,<br>v.<br><br>TOM HANLON, Superintendent,<br><br>        Respondent. | )<br>)<br>)<br>)  No. 1:08-cv-954-DFH-JMS<br>)<br>)<br>)<br>) |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 11/26/2008

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Nathaniel Higgins
DOC #994868
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064

Linda Sue Leonard
INDIANA OFFICE OF THE ATTORNEY GENERAL
Linda.Leonard@atg.in.gov